SADIE LEVY, Individually and as Administratrix, etc., of ABRAHAM LEVY, Deceased, and HAROLD LEVY, Appellants, v. MAX GLUCKMAN and Others, Respond-

ents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.